# EXHIBIT A

Date: April 3, 2015

Dedric Duncan

Dear Dedric:

It is my pleasure to extend the following offer of employment to you (herein after referred to as the "Executive") on behalf of Wah Sing, USA (herein after referred to as the "Company").

**Title:** Chief Executive Officer, Wah Sing, USA

**Reporting Relationship:** The position will report to:
Michael J. Dupree, Jr.; Chairman, Wah Sing, USA.

**Job Description:** Provide leadership to position the Company at the forefront of the industry. Develop a strategic plan to advance the company's mission and objectives and to promote revenue, profitability and growth as an organization. Oversee company operations to insure production efficiency, quality, service, and provide cost effective management of resources. Key responsibility as CEO is managing the set up, operation, and positive cash flow from bitcoin ATM's, and bitcoin product services, nationally.

**Signing Bonus:** $5,000 upon acceptance of this position.

Equity: 10% ownership in Wah Sing, USA after completing one year of employment.

By executing this agreement you agree to be bound by the following Non-Compete Agreement globally:      1 year *QD*
The employee specifically agrees that for a period of ~~2 years~~ after the Employee is no longer employed by the Company, the employee will not

engage, directly, or indirectly, either as proprietor, stockholder, partner, officer, Owner, employee or otherwise, in the same or similar activities as were performed for the Company in any business which distributes or sells products or provides services similar to those distributed sold or provided by the Company at any time during the period of your employment with the Company.

**Equity Compensation:** In consideration for the value the Executive brings to the Company, the Executive will be vested with 10% equity ownership in Wah Sing ~~USA~~ after one year of employment. *Additional Compensation and/or Salary will be agreed upon, once the Company achieves profitability by both parties*

**Termination:** Both the Company and Executive intend for Employee to have a long and successful tenure with the Company and to succeed as soon as possible to place the Company in the #1position in the bitcoin ATM space nationally. In the unforeseen event that the Employee leaves the employment of the Company he will be entitled to his equity position when vested. If the Executive is let go by the company for any reason he will be entitled to his equity position when vested. However, if Executive is let go for cause (fraud, theft, threats, violence, lying, etc.) he will relinquish any rights obtained under this agreement .

Start Date: _F5/7F_

Your employment with Wah Sing, USA is at-will and either party can terminate the relationship at any time with or without cause provided ~~the Executive provides the Company with~~ two weeks notice. *is given by the party seeking to terminate the relationship.*

You acknowledge that this offer letter represents the entire agreement between you and Wah Sing, USA, and that no verbal or written agreements, promises or representations that are not specifically stated in this offer, are or will be binding upon Wah Sing

If you are in agreement with the above please sign below. This offer is in effect for upon signatures of both parties.

**Signatures:**

For the Company: Michael J. Dupree, Jr.; Chairman

Date: April , 2015

Executive: Dedric , CEO

Date: April , 2015