# EXHIBIT B

Home (/index.aspx) | About Barbara (/index.aspx?page=1526) | Calendar (/index.aspx?page=16) | News (/index.aspx?page=23) | FAQ (/index.aspx?page=42) | Forms (/index.aspx?page=51) | Contact Us (/index.aspx?page=68)

Search... (search.asp

| Home (/index.aspx?page=1) | Information Center (/index.aspx?page=2) | Election Center (/index.aspx?page=3) | Business Center (/index.aspx?page=4) | Licensing Center (/index.aspx?page=5) | Securities Center (/index.aspx?page=6) | Online Services (/index.aspx?page=7) |

Commercial Recordings (https://nvsos.gov/SOSRAServices/home.aspx)   Licensing (https://nvsos.gov/MinisterApp/Home.aspx)
My Data Reports (https://nvsos.gov/SOSServices/DataDownload/YourReports.aspx)

# WAH SING (US) TRADING LIMITED

Q New Search (CorpSearch.aspx)        🖨 Printer Friendly        $ Calculate List Fees (FeeDetails.aspx?ctok=osS%252br4A4NovrV4Ssx1AFMQ%253d%253

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 12/9/2014 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0617362014-7 |
| Qualifying State: | NV | List of Officers Due: | 12/31/2016 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20141753236 | Business License Exp: | 12/31/2016 |

### Additional Information

| | |
|---|---|
| Central Index Key: | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | REGISTERED AGENT SOLUTIONS, INC. | Address 1: | 4625 WEST NEVSO DR SUITE 2 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89103 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | CALIFORNIA | Status: | Active |

View all business entities under this registered agent (RACorps.aspx?fsnain=CbIYLvg7tb5UZ3vwDQwYaw%253d%253d&RAName=REGISTERED+AGENT+SOLUTIONS%2c+INC.)

### Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

### Officers        ☐ Include Inactive Officers

**Manager - DEDRIC DUNCAN**

| | | | |
|---|---|---|---|
| Address 1: | 4625 WEST NEVSO DRIVE | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89103 | Country: | USA |
| Status: | Active | Email: | |

**Actions\Amendments**

Click here to view 3 actions\amendments associated with this company (corpActions.aspx?lx8nvq=osS%252br4A4NovrV4Ssx1AFMQ%253d%253d&CorpName=WAH+SING+(US)+TRADING+LIMITED)

Information Center (/index.aspx?page=2)  |  Election Center (/index.aspx?page=3)  |  Business Center (/index.aspx?page=4)  |  Licensing Center (/index.aspx?page=5)  |  Securities Center (/index.aspx?page=6)  |  Online Services (/index.aspx?page=7)  |  Contact Us (/index.aspx?page=68)  |  Sitemap (/index.aspx?page=210)

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2010 All Rights Reserved. Privacy Policy and Disclaimer (/index.aspx?page=212) | About This Site (/index.aspx?page=211)