# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) |
| Plaintiff, | ) ) ) |
| DEDRIC DUNCAN, | ) ) ) |
| Defendant. | ) |

Civil Action No.

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("Plaintiff") hereby moves the Court, pursuant to Fed. R. Civ. P. 65 and LR 65, for the entry of a temporary restraining order against Defendant Dedric Duncan. In support of this Motion, Plaintiff relies upon its Memorandum Of Law In Support of Plaintiff's Motion For Temporary Restraining Order ("Plaintiff's Brief"), filed contemporaneously herewith, and its Verified Complaint for Injunctive Relief and Damages (Dkt. 1), as well as all the facts, law and exhibits cited therein. For the Court's convenience, Plaintiff has filed as well a [Proposed] Order Granting Plaintiff's Motion For Temporary Restraining Order. (Plaintiff's Brief, Ex. "A").

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion, enter the proposed Order, and award Plaintiff such other and further relief to which it is entitled.

Respectfully submitted this 17th day of February, 2016.

**TAYLOR ENGLISH DUMA LLP**

*/s/Michael Eric Ross*
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

**TAYLOR ENGLISH DUMA LLP**

*/s/Michael Eric Ross*
Michael Eric Ross
GA Bar No. 615190