# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING ) <br> LIMITED, LLC D/B/A EASYBIT, ) <br> ) <br> Plaintiff, ) <br> ) <br> DEDRIC DUNCAN, ) <br> ) <br> Defendant. ) | Civil Action No. |

**[PROPOSED] ORDER GRANTING
<u>PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

On February __, 2016, this Court heard argument on Plaintiff's Motion for Temporary Restraining Order in which Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("Plaintiff") seeks a temporary restraining order prohibiting Defendant Dedric Duncan ("Defendant") from directly or indirectly violating or further violating his Non-Compete Covenant, and from directly or indirectly interfering with Plaintiff's contractual and business relationships.

Having considered the facts and argument presented, the Court finds that unless Defendant's conduct is immediately restrained, by temporary restraining order pursuant to Fed. R. Civ. P. 65 and LR 65, from violating his Non-Compete Covenant and interfering with Plaintiff's contractual and business relationships,

2

irreparable harm and injury will result to Plaintiff.

**IT IS THEREFORE ORDERED** that, until further Order of the Court, Defendant Dedric Duncan is enjoined from:

- directly or indirectly violating or further violating the Non-Compete Covenant; and

- directly or indirectly interfering with EasyBit's contractual and business relationships.

**IT IS FURTHER ORDERED** that, within five (5) days of this Order, Defendant must file with the Court and serve on counsel for Plaintiff a written report setting forth in detail, under oath, the manner in which he has complied with the terms of this Order.

**SO ORDERED** this ___ day of February, 2016.

_____
Judge, United States District Court for the
Northern District of Georgia

*Prepared and Presented By:*

**TAYLOR ENGLISH DUMA LLP**

/s/Michael Eric Ross
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US)
Trading Limited, LLC d/b/a EasyBit*