UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC d/b/a EASYBIT, <br><br> Plaintiff, <br><br> v. <br><br> DEDRIC DUNCAN, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:16-CV-0504-SCJ |

## NOTICE

By direction of the Court, this matter is hereby set for a **HEARING** on Plaintiff's Motion for Temporary Restraining Order [Doc. No. 3] on **TUESDAY, FEBRUARY 23RD, 2014 AT 2:30 P.M.** in Courtroom 1907, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia.  As no entry of appearance has yet been made by or on behalf of Defendant, counsel for Plaintiff is directed to serve Defendant with a copy of this notice.

This 18th day of February, 2016.

JAMES N. HATTEN, CLERK
By:
s/Pamela Wright
Pamela Wright
Courtroom Deputy Clerk to
Honorable Steve C. Jones
(404)215-1284