IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | Civil Action No. 1-16-cv-0504 |
| Plaintiff, | ) ) | |
| DEDRIC DUNCAN, | ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff hereby files this Notice of Filing Affidavit of Service, showing the Court that service of a Summons, Complaint, Motion and Brief in Support of Temporary Restraining Order, and the Judge's Order setting the February 23rd hearing date on Defendant Dedric Duncan was completed upon February 21, 2016. Jeremy Talbot's Affidavit of Service is attached hereto as Exhibit A.

Respectfully submitted this 22 day of February, 2016.

                                      **TAYLOR ENGLISH DUMA LLP**

                                      */s/Eric S. Fisher*
                                      Michael Eric Ross
                                      GA Bar No. 615190
                                      Eric S. Fisher
                                      GA Bar No. 250428
                                      1600 Parkwood Circle, Suite 400
                                      Atlanta, GA 30339

Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

                                        **TAYLOR ENGLISH DUMA LLP**

                                        */s/Eric S. Fisher*
                                        Eric S. Fisher
                                        GA Bar 250428

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dedric Duncan

was received by me on *(date)* 2/21/16 .

☑ I personally served the summons on the individual at *(place)* Dedric Duncan @ 2312 2nd Ave North Bham AL 35203 on *(date)* 2/21/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/21/16

*Server's signature:* Jeremy Talbot

*Printed name and title:* Jeremy Talbot, Process Server

*Server's address:* 517 Beacon Parkway, Homewood, AL 35209

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

WAH SING (US) TRADING LIMITED, LLC
D/B/A EASYBIT

_Plaintiff(s)_

v.

DEDRIC DUNCAN

_Defendant(s)_

Civil Action No. 1:16-cv-0504

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

DEDRIC DUNCAN
2412 2ND AVE. N., APT. 4
BIRMINGHAM, AL 35203, or wherever he may be found.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Eric Ross and Eric S. Fisher
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
_CLERK OF COURT_

Date: February 16, 2016



s/Anniva Renick
_Signature of Clerk or Deputy Clerk_