# EXHIBIT G

T. BLAKE LIVEOAK*
* Also admitted in Colorado

T. BLAKE LIVEOAK
ATTORNEY AT LAW
1117 22ND STREET SOUTH
BIRMINGHAM, ALABAMA·
35205

TELEPHONE
(205) 939 0005
FACSIMILE
(205) 776 2040
bliveoaklaw@gmail.com

February 16, 2016

**VIA FACSIMILE ONLY:**

Mike Dupree, Jr,
Denver, Colorado

Re:   *Dedric Duncan and Easy Bit Alabama..*

Dear Mike

    The proposal is fairly simple. Dedric and Easy Bit Alabama will continue to operate in Alabama and Georgia with the entities who choose to do business with them. The float will not be returned and is the property of Easy Bit Alabama, LLC. You can keep the hardware with one exception. The machine which Easy Bit Alabama, LLC purchased from True Coin. It was located in Vape Dynamics. In the event there have been any police reports or charges filed, if not immediately withdrawn, it will be addressed to the fullest extent of the law.

Sincerely,

T. Blake Liveoak

TBL/ah