IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, <br><br> Plaintiff, <br><br> v. <br><br> DEDRIC DUNCAN, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:16-cv-0504 |

## CONSENT ORDER

In Plaintiff's Motion for Temporary Restraining Order (the "TRO Motion") (Dkt. 3), Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("Plaintiff") seeks a temporary restraining order prohibiting Defendant Dedric Duncan ("Defendant") from directly or indirectly violating or further violating the Non-Compete Covenant, as defined in Plaintiff's Verified Complaint for Injunctive Relief and Damages (the "Verified Complaint") (Dkt. 1), and from directly or indirectly interfering with Plaintiff's contractual and business relationships. Subject to and without waiver of his defenses, Defendant consents to this Consent Order for a period of 45 days or until this Honorable Court's first available setting once the 45 day agreed upon period has elapsed to avoid the time and expense of a hearing on the TRO Motion.

Having considered the facts and argument presented in the Verified Complaint and in the Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order (Dkt. 3-1), and with Defendant's foregoing consent,

**IT IS THEREFORE ORDERED** that, until further Order of the Court, Defendant Dedric Duncan is enjoined from:

- directly or indirectly violating or further violating the Non-Compete Covenant; and
- directly or indirectly interfering with Plaintiff's contractual and business relationships.

**IT IS FURTHER ORDERED** that a preliminary injunction hearing in this matter is set for __April 21, 2016__ at __10:00__ A.M./~~P.M.~~ in Courtroom 1907, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia.

**SO ORDERED** this 29th day of February, 2016.

                                                s/Steve C. Jones
                                                Judge, United States District Court for the
                                                Northern District of Georgia

*Prepared and Presented By:*

**TAYLOR ENGLISH DUMA LLP**

/s/Michael Eric Ross
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

*Consented to By Defendant:*