# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-00504-SCJ
## Wah Sing (US) Trading Limited, LLC v. Duncan
## Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 2/23/2016.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 2:45 P.M.     COURT REPORTER: David Ritchie
TIME IN COURT: 00:15                DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Eric Fisher representing Wah Sing (US) Trading Limited, LLC<br>Michael Ross representing Wah Sing (US) Trading Limited, LLC<br>** Blake Liveoak for Defendant (not admitted to practice in GA) |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [3]Motion for TRO DEFERRED |
| MINUTE TEXT: | Hearing convened on Plaintiff's motion for TRO. Counsel for Defendant (not admitted in NDGA but permitted to appear on Defendant's behalf) requested a continuance to allow him to secure local counsel and prepare for argument. Request granted, hearing reset for 2/29/2016 at 11:00 a.m. |
| HEARING STATUS: | Hearing Concluded |