IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING ) <br> LIMITED, LLC D/B/A EASYBIT, ) <br> ) <br>     Plaintiff, ) <br> ) <br> DEDRIC DUNCAN, ) <br> ) <br>     Defendant. ) | Civil Action No. 1:16-cv-0504 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned certifies as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("EasyBit" or "Plaintiff") and its parent company, Wah Sing (HK) Trading Limited, which is owned entirely by Michael Dupree, Jr.

- Defendant Dedric Duncan.

{00705834.DOCX / }

- No publicly held corporation owns 10% or more of Plaintiff's stock. Defendant is an individual.

(2) Other than Plaintiff's wholly-owned subsidiary, ***Easybit Alabama, LLC***, to the undersigned's knowledge, there are no other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

(3) To the undersigned's knowledge, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Counsel for Plaintiff:*

Michael Eric Ross
Eric S. Fisher
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Defendant:*

Michael Jordan Lober
Lober, Dobson & Desai, LLC
3410 Overland Drive
Roswell, GA 30075
Telephone: 678-461-9800
Facsimile: 678-461-9944
mjlober@lddlawyers.com

Respectfully submitted this 10th day of March, 2016.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Eric S. Fisher
GA Bar No. 250428

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following counsel of record:

>Michael Jordan Lober
>Lober, Dobson & Desai, LLC
>3410 Overland Drive
>Roswell, GA 30075
>Telephone: 678-461-9800
>Facsimile: 678-461-9944
>mjlober@lddlawyers.com
>
>*Counsel for Defendant*

This 10th day of March, 2016,

>/s/Eric S. Fisher
>Eric S. Fisher
>GA Bar No. 250428
>
>*Counsel for Plaintiff*

{00705834.DOCX / }