# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING ) | |
| LIMITED, LLC D/B/A EASYBIT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:16-cv-0504 |
| DEDRIC DUNCAN, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

COME NOW the parties, through their respective undersigned counsel of record, and, stipulate that the Defendant time to answer or otherwise file defensive responsive pleadings shall be extended until March 18, 2016.

IT IS SO ORDERED this __ day of March, 2016.

_____
STEVE C. JONES,
United States District Judge

*Prepared and Presented By:*

**LOBER DOBSON & DESAI LLC**

/s/  Michael J. Lober
Michael J. Lober
GA Bar No. 455580
3150 Overland Drive
Roswell, GA 30075
Telephone: (678) 461-9800
Facsimile: (678) 461-9944
mjlober@lddlawyers.com

*Counsel for Defendant Dedric Duncan*

**TAYLOR ENGLISH DUMA LLP**

/s/Michael Eric Ross
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US)*
*Trading Limited, LLC d/b/a EasyBit*