IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civil Action No. 1:16-cv-0504 |
| DEDRIC DUNCAN, | ) ) |
| Defendant. | ) ) |

### [PROPOSED] SCHEDULE FOR EXPEDITED DISCOVERY

COME NOW the parties, through their respective undersigned counsel of record, and, pursuant to the Consent Order of February 29, 2016 [Dkt. 8] and the parties' prior agreement, propose the following schedule for expedited discovery for the purpose of preparing for the preliminary injunction hearing that is set for April 21, 2016 at 10:00 a.m.

1.  Plaintiff and Defendant may immediately undertake expedited written discovery of the other of up to a total of (i) ten (10) interrogatories, (ii) ten (10) requests for admission, and (iii) fifteen (15) requests for production of documents.

2.  Service of all expedited written discovery and responses shall be by email.

3. Responses to the written expedited discovery authorized in paragraph 1 shall be provided within twenty-one (21) of service (with no additional time for service by email).

4. As part of expedited discovery, each party may also take up to a total of two (2) depositions.

IT IS SO ORDERED this ___ day of March, 2016.

_____
STEVE C. JONES,
United States District Judge

*Prepared and Presented By:*


**TAYLOR ENGLISH DUMA LLP**

*/s/Michael Eric Ross*
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

**LOBER DOBSON & DESAI LLC**

*/s/ Michael J. Lober*
Michael J. Lober
GA Bar No. 455580
3150 Overland Drive
Roswell, GA 30075
Telephone: (678) 461-9800
Facsimile: (678) 461-9944
mjlober@lddlawyers.com

*Counsel for Defendant Dedric Duncan*