IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING ) <br> LIMITED, LLC D/B/A EASYBIT, ) <br> ) <br> Plaintiff, ) <br> ) <br> DEDRIC DUNCAN, ) <br> ) <br> Defendant. ) | Civil Action No. 1:16-cv-0504 |

## APPLICATION FOR LEAVE OF ABSENCE

Comes now Eric S. Fisher, an attorney of record for Plaintiff in the above-referenced case and pursuant to Georgia Local Rule 83, and respectfully applies to this Court for a leave of absence for the following dates:

The period of leave during which time Applicant will be working out of the city and unable to attend a hearing or trial are the following dates: June 13 – 17, June 20-24, June 27-July 1, July 5 - 8, July 11.

Applicant shows that the period covered by this requested leave of absence does not conflict with any trial dates in this case.

WHEREFORE, Applicant requests that the Court grant the requested leave.

A [Proposed] Order is attached for the convenience of the Court.

Respectfully submitted, this 22nd day of March, 2016.

/s/ Eric S. Fisher
Eric S. Fisher
Ga. Bar No.: 250428
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
efisher@taylorenglish.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING        ) <br> LIMITED, LLC D/B/A EASYBIT, ) <br>                              ) <br>     **Plaintiff,**           ) <br>                              ) <br> **DEDRIC DUNCAN,**           ) <br>                              ) <br>     **Defendant.**           ) | Civil Action No. 1:16-cv-0504 |

**[PROPOSED] ORDER**

Application for Leave of Absence has been requested in the above-captioned case by Eric S. Fisher, for the periods of:

June 13 – 17, June 20-24, June 27-July 1, July 5 - 8, July 11.

The above and foregoing request for Leave of Absence is APPROVED.

SO ORDERED this ___ day of _____, 2016,

_____
Honorable Steve C. Jones
UNITED STATES JUDGE

Prepared by:

/s/ Eric S. Fisher
Georgia Bar No. 250428
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400

2

2

Atlanta, GA  30339
678-336-7198
efisher@taylorenglish.com

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Eric S. Fisher
GA Bar No. 250428

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing APPLICATION FOR LEAVE OF ABSENCE was filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following counsel of record:

>Michael Jordan Lober
>Lober, Dobson & Desai, LLC
>3410 Overland Drive
>Roswell, GA 30075
>Telephone: 678-461-9800
>Facsimile: 678-461-9944
>mjlober@lddlawyers.com
>
>*Counsel for Defendant*

This 22nd day of March, 2016,

>/s/Eric S. Fisher
>Eric S. Fisher
>GA Bar No. 250428

2