UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, )<br>)<br>Plaintiff, )<br>)<br>DEDRIC DUNCAN, )<br>)<br>Defendant. ) | Civil Action No. 1:16-cv-0504 |

**PLAINTIFF'S NOTICE OF DEPOSITION OF
DEFENDANT DEDRIC DUNCAN**

TO: Dedric Duncan
c/o Michael Jordan Lober
Lober, Dobson & Desai, LLC
3410 Overland Drive
Roswell, GA 30075

PLEASE TAKE NOTICE that on April 12, 2016 beginning at 10:00 a.m., Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit, ("Easybit") will take the deposition upon oral examination of Defendant Dedric Duncan in the above-styled case, pursuant to the Schedule for Expedited Discovery [Dkt. 13] signed by Judge Steve C. Jones on 3/16/16 and Fed. R. Civ. P. 26 and 30. The deposition will be taken at Lober, Dobson & Desai, LLC, 3410 Overland Drive, Roswell, GA 30075. The deposition will be taken before a notary public or other officer duly

authorized by law to administer oaths and record depositions by stenographic means.  The deposition will last from day-to-day until completion.

This 28th day of March, 2016.

                                    **TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Eric S. Fisher
GA Bar No. 250428

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, I electronically filed the foregoing *PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT DEDRIC DUNCAN* with the Clerk of Court using the CM/ECF system, which will effectuate service of same upon the following attorneys of record:

>Michael Jordan Lober
>Lober, Dobson & Desai, LLC
>3410 Overland Drive
>Roswell, GA 30075
>Telephone: 678-461-9800
>Facsimile: 678-461-9944
>mjlober@lddlawyers.com
>
>*Counsel for Defendant*

This 28th day of March, 2016,

>/s/Eric S. Fisher
>Eric S. Fisher
>GA Bar No. 250428
>
>*Counsel for Plaintiff*