# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, <br><br>　　　Plaintiff, <br><br>DEDRIC DUNCAN, <br><br>　　　Defendant. | Civil Action No. 1:16-cv-0504 |

## PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF DEFENDANT DEDRIC DUNCAN

TO:　Dedric Duncan
　　　c/o Michael Jordan Lober
　　　Lober, Dobson & Desai, LLC
　　　3410 Overland Drive
　　　Roswell, GA 30075

PLEASE TAKE NOTICE that on April 12, 2016 beginning at 10:00 a.m., Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit, ("Easybit") will take the deposition upon oral examination of Defendant Dedric Duncan in the above-styled case, pursuant to the Schedule for Expedited Discovery [Dkt. 13] signed by Judge Steve C. Jones on 3/16/16 and Fed. R. Civ. P. 26 and 30. The deposition will be taken at Taylor English Duma LLP, 1600 Parkwood Circle, Suite 400, Atlanta, GA 30339. The deposition will be taken before a notary public or other

officer duly authorized by law to administer oaths and record depositions by stenographic means.  The deposition will last from day-to-day until completion.

This 7th day of April, 2016.

                        **TAYLOR ENGLISH DUMA LLP**

                        */s/Eric S. Fisher*
                        Michael Eric Ross
                        GA Bar No. 615190
                        Eric S. Fisher
                        GA Bar No. 250428
                        Taylor English Duma, LLP
                        1600 Parkwood Circle, Suite 400
                        Atlanta, GA 30339
                        Telephone: (770) 434-6868
                        Facsimile: (770) 434-7376
                        mross@taylorenglish.com
                        efisher@taylorenglish.com

                        *Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

                                      **TAYLOR ENGLISH DUMA LLP**

                                      */s/Eric S. Fisher*
                                      Eric S. Fisher
                                      GA Bar No. 250428

                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF DEFENDANT DEDRIC DUNCAN* with the Clerk of Court using the CM/ECF system, which will effectuate service of same upon the following attorneys of record:

>Michael Jordan Lober
>Lober, Dobson & Desai, LLC
>3410 Overland Drive
>Roswell, GA 30075
>Telephone: 678-461-9800
>Facsimile: 678-461-9944
>mjlober@lddlawyers.com
>
>*Counsel for Defendant*

This 7th Day of April, 2016,

>/s/Eric S. Fisher
>Eric S. Fisher
>GA Bar No. 250428
>
>*Counsel for Plaintiff*