# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT,** )<br>)<br>Plaintiff, )<br>)<br>DEDRIC DUNCAN, )<br>)<br>Defendant. ) | Civil Action No. 1:16-cv-0504 |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE A JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a Easybit ("Plaintiff") and Defendant Dedric Duncan ("Defendant") hereby jointly move, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an extension of time to file a Joint Preliminary Report and Discovery Plan ("JPRDP") until Friday, May 13, 2016. In support of this Joint Motion, the parties show the Court as follows:

1. On April 21, 2016, the Court will hold a preliminary injunction hearing (the "Hearing") (Dkt. 8) on Plaintiff's Motion for Temporary Restraining Order (Dkt. 3).

2. The parties believe that the Court's ruling and guidance at the Hearing may impact the terms of the JPRDP, which is currently due on April 18, 2016.

3. Therefore, the parties seek a brief extension, from April 18 to May 13, to complete the JPRDP.

WHEREFORE, the parties respectfully request that this Joint Motion be granted in its entirety and that the deadline for the JPRDP be extended from April 18, 2016 to May 13, 2016.

For the convenience of the Court, a [Proposed] Order is attached.

This 14th day of April, 2016.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

**LOBER, DOBSON & DESAI, LLC**

*/s/Michael Jordan Lober*
Michael Jordan Lober
GA Bar No. 455580
3410 Overland Drive

        Roswell, GA 30075
        Telephone: (678) 461-9800
        Facsimile: (678) 461-9944
        mjlober@lddlawyers.com

*Counsel for Defendant Dedric Duncan*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Eric S. Fisher
GA Bar No. 250428

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing *JOINT MOTION FOR EXTENSION OF TIME TO FILE A JOINT PRELIMINARY REPORT AND DISCOVERY PLAN* with the Clerk of Court using the CM/ECF system, which will effectuate service of same upon the following attorneys of record:

>Michael Jordan Lober
>Lober, Dobson & Desai, LLC
>3410 Overland Drive
>Roswell, GA 30075
>Telephone: 678-461-9800
>Facsimile: 678-461-9944
>mjlober@lddlawyers.com
>
>*Counsel for Defendant*

This 14th day of April, 2016,

>*/s/Eric S. Fisher*
>Eric S. Fisher
>GA Bar No. 250428
>
>*Counsel for Plaintiff*