UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, )<br>)<br>Plaintiff, )<br>)<br>DEDRIC DUNCAN, )<br>)<br>Defendant. ) | Civil Action No. 1:16-cv-0504 |

## [PROPOSED] ORDER

Having considered the foregoing JOINT MOTION FOR EXTENSION OF TIME TO FILE A JOINT PRELIMINARY REPORT AND DISCOVERY PLAN, and for good cause shown, this JOINT MOTION is granted. It is hereby ORDERED that the deadline for the parties to file the Joint Preliminary Report and Discovery Plan is extended from April 18, 2016 to May 13, 2016.

This ____ day of April, 2016.

_____
STEVE C. JONES
United States District Judge