# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, ) ) ) Plaintiff, ) ) DEDRIC DUNCAN, ) ) Defendant. ) | ) ) Civil Action ) No. 1:16-cv-0504-SCJ |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date a true and correct copy of PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES was served by E-mail to the following counsel of record:

>Michael Jordan Lober
>Lober, Dobson & Desai, LLC
>3410 Overland Drive
>Roswell, GA 30075
>mjlober@lddlawyers.com

>*Counsel for Defendant*

This 18th day of April, 2016,

>*/s/ Eric S. Fisher*
>Eric S. Fisher
>GA Bar No. 250428
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle Suite 400
>Atlanta, GA  30339
>Telephone: 678-336-7238

efisher@taylorenglish.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record:

This 18th day of April, 2016.

                                                 */s/ Eric S. Fisher*
                                                Eric S. Fisher
                                                Georgia Bar No. 250428