IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, )<br><br>    Plaintiff,<br><br>DEDRIC DUNCAN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)    Civil Action<br>)    No. 1:16-cv-0504-SCJ<br>)<br>) |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that a true and correct copy of PLAINTIFF'S INITIAL DISCLOSURES was e-mailed and sent by U.S. Mail to the following counsel of record:

>    Michael Jordan Lober
>    Lober, Dobson & Desai, LLC
>    3410 Overland Drive
>    Roswell, GA 30075
>    mjlober@lddlawyers.com

>    *Counsel for Defendant*

This 18th day of April, 2016,

>    /s/ Michael Eric Ross
>    Michael Eric Ross
>    Ga. Bar No.: 615190
>    Eric S. Fisher
>    Ga. Bar No.: 250428

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile:  (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2016, I caused a copy of the foregoing Certificate of Service of Discovery to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 18th day of April, 2016,

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190