## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action |
| DEDRIC DUNCAN, | ) ) | No. 1:16-cv-0504-SCJ |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date true and correct copies of PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST REQUESTS FOR ADMISSIONS and PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were served by e-mail to the following counsel of record:

>Michael Jordan Lober
>LOBER, DOBSON & DESAI, LLC
>3150 Overland Drive
>Roswell, GA 30075
>Telephone: 678-461-9800
>Facsimile: 678-461-9944
>mjlober@lddlawyers.com
>
>*Counsel for Defendant*

This 19th day of April, 2016,

                                              */s/*Michael Eric Ross
                                              Michael Eric Ross
                                              Ga. Bar No.: 615190
                                              Eric S. Fisher
                                              Ga. Bar No.: 250428
                                              TAYLOR ENGLISH DUMA LLP
                                              1600 Parkwood Circle, Suite 400
                                              Atlanta, Georgia 30339
                                              Telephone: (770) 434-6868
                                              mross@taylorenglish.com
                                              efisher@taylorenglish.com