# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WAH SING (US) TRADING ) | |
| LIMITED, LLC D/B/A EASYBIT, ) | Civil Action No. 1:16-CV-0504-SCJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| DEDRIC DUNCAN, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("Plaintiff") hereby moves the Court, pursuant to Fed. R. Civ. P. 65 and LR 65, for the entry of a preliminary injunction against Defendant Dedric Duncan. In support of this Motion, Plaintiff relies upon its Memorandum Of Law In Support of Plaintiff's Motion For Temporary Restraining Order ("Plaintiff's Brief") (Dkt. 3-1), and its Verified Complaint for Injunctive Relief and Damages (Dkt. 1), as well as all the facts, law and exhibits cited therein. To the extent necessary, Plaintiff also intends to rely on evidence submitted at the April 21, 2016 preliminary injunction hearing. (*See* Consent Order (Dkt 8)). For the Court's convenience, Plaintiff has prepared a [Proposed] Order Granting Plaintiff's Motion For Preliminary Injunction, a copy of which is attached hereto as Exhibit "A."

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion, enter the proposed Order, and award Plaintiff such other and further relief to which it is entitled.

Respectfully submitted this 20th day of April, 2016.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit*

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

**TAYLOR ENGLISH DUMA LLP**

*/s/Eric S. Fisher*
Eric S. Fisher
GA Bar No. 250428

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record:

This 20th day of April, 2016.

*/s/ Eric S. Fisher*
Eric S. Fisher
Georgia Bar No. 250428
