EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| WAH SING (US) TRADING LIMITED, LLC D/B/A EASYBIT, | ) ) ) | Civil Action No. 1:16-CV-0504-SCJ |
| Plaintiff, | ) ) | |
| DEDRIC DUNCAN, | ) ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER GRANTING
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

On April 21, 2016, this Court heard argument on Plaintiff's Motion for Preliminary Injunction in which Plaintiff Wah Sing (US) Trading Limited, LLC d/b/a EasyBit ("Plaintiff") seeks a preliminary injunction prohibiting Defendant Dedric Duncan ("Defendant") from directly or indirectly violating or further violating his Non-Compete Covenant (as defined in Plaintiff's Verified Complaint (Dkt. 1)).

Having considered the facts and argument presented, the Court finds that unless Defendant's conduct is restrained, by preliminary injunction pursuant to Fed. R. Civ. P. 65 and LR 65, from violating his Non-Compete Covenant irreparable harm and injury will result to Plaintiff.

**IT IS THEREFORE ORDERED** that, until further Order of the Court, Defendant Dedric Duncan is enjoined from directly or indirectly violating or further violating the Non-Compete Covenant.

**SO ORDERED** this ___ day of April, 2016.

_____
Honorable Steve C. Jones
Judge, United States District Court for the
Northern District of Georgia

*Prepared and Presented By:*


**TAYLOR ENGLISH DUMA LLP**

<u>/s/Michael Eric Ross</u>
Michael Eric Ross
GA Bar No. 615190
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Counsel for Plaintiff Wah Sing (US)
Trading Limited, LLC d/b/a EasyBit*