# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-00504-SCJ
## Wah Sing (US) Trading Limited, LLC v. Duncan
## Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 04/21/2016.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:00 P.M.      COURT REPORTER: David Ritchie
TIME IN COURT: 2:00                   DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Eric Fisher representing Wah Sing (US) Trading Limited, LLC<br>Michael Lober representing Dedric Duncan<br>Michael Ross representing Wah Sing (US) Trading Limited, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Hearing held on Plaintiff's Motion for Preliminary Injunction [3]. Michael Dupree called by Plaintiff's counsel, sworn and testified. Plaintiff's exhibits 1-9 admitted. No cross examination by Defendant. Defendant Dedric Duncan called by Plaintiff for cross-examination. Plaintiff's exhibits 10-12 admitted. Oral argument heard. All terms and conditions previously imposed pursuant to the [8] Consent TRO Order to remain in effect pending entry of the Court's order on preliminary injunction. Any additional briefing by Defendant must be filed by 5:00 p.m. on April 25th; any reply thereto by Plaintiff by 5:00 p.m. on April 27th. |
| HEARING STATUS: | Hearing Concluded |