# EXHIBIT LIST

| Wah Sing (US) Trading Limited, d/b/a Easybit v. Dedric Duncan | | | | U. S. D. C.   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
|---|---|---|---|---|
| Counsel for Plaintiff: Eric Fisher and Michael Ross | | Counsel for Defendant: Michael Lober | | Case No.: 1:16-CV-504-SCJ |
| | | | | Hearing Date: 4/21/2016 |
| Judge Steve C. Jones | | Court Reporter: David Ritchie | | Courtroom Deputy: Pamela Wright |

| Pla's No. | Dft's No. | Date Identified | Date Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | | 4/21/16 | 4/21/16 | Photo of Bitcoin ATM |
| 2 | | 4/21/16 | 4/21/16 | Employment Agreement |
| 3 | | 4/21/16 | 4/21/16 | Spreadsheet |
| 4 | | 4/21/16 | 4/21/16 | Corporate data sheet |
| 5 | | 4/21/16 | 4/21/16 | Screen shot of Easybit webpage |
| 6 | | 4/21/16 | 4/21/16 | Defendant's notice of resignation |
| 7 | | 4/21/16 | 4/21/16 | Fax from Blake Liveoak to Mike Dupree |
| 8 | | 4/21/16 | 4/21/16 | Gmail: New Order Inquiry |
| 9 | | 4/21/16 | 4/21/16 | Defendant's Objections and Responses to Plaintiff's First Requests for Admission to Defendant |
| 10 | | 4/21/16 | 4/21/16 | Skye communications between Dupree and Duncan |
| 11 | | 4/21/16 | 4/21/16 | Offer of employment to Defendant |
| 12 | | 4/21/16 | 4/21/16 | Print out of Telegram communications |